McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-cr-0109-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION & ORDER |
| | ) | SETTING MOTIONS HEARING DATE |
| EDDIE HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed, by and between the defendant Eddie Houston, by and through his counsel, Michael Borkowski, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set date of November 9, 2007, for evidentiary motion hearing and to set a new date of <u>December 4, 2007, at 9:00 a.m.</u> for evidentiary hearing on defendant's motion to dismiss the indictment.

Unfortunately, undersigned government counsel and Mr. Steve Bauer, who the government may be required to call as a witness to testify at the hearing, are both scheduled to be out of town on

1  November 9, 2007.  Defendant Houston's counsel has stated that he
2  does not oppose moving the hearing to the Court's next available
3  date, December 4, 2007, at 9:00 a.m.
4      The Court's availability on the proposed date of December 4,
5  2007, has been verified with the Court's clerk.
6      The parties agree that the Court should find that time should
7  be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F)
8  (pendency of pre-trial motion).

DATED: October 24, 2007                Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Anne Pings
                                       _____
                                       ANNE PINGS
                                       Assistant United States Attorney


                                       /s/ Anne Pings
                                       _____
                                       For Michael Borkowski
                                       Counsel for Defendant Houston


**IT IS SO ORDERED**.

Dated: October 24, 2007

                            _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE