PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDDIE HOUSTON, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0109 FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | "AS MODIFIED" |
| EDDIE HOUSTON, Jr., ) | |
| Defendant. ) | |

Defendant, EDDIE HOUSTON, Jr., through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ANNE PINGS, stipulate and agree to the following:

    1. The presently scheduled date of May 19, 2008 for Hearing re: Judgement and Sentencing be vacated and that a Hearing re: Judgement and Sentencing be rescheduled for June 23, 2008 at 10:00 a.m..

    2. Counsel for the Defendant, PETER KMETO, will be unavailable to appear on the May 12, date since he is in jury trial in Los Angeles. Additionally, counsel for the defense wishes time to prepare a Sentencing Memorandum. To that end, the parties have agreed to continue the Judgement and Sentencing date to June 23, 2008 at 10:00 a.m..

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  May 7, 2008         /s/ ANNE PINGS
                            Assistant U.S. Attorney
                            for the Government


Dated:  May 7, 2008         /s/  PETER KMETO
                            Attorney for Defendant
                            EDDIE HOUSTON, Jr.


　　　　IT IS SO ORDERED.

DATED: May 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -