PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EDDIE HOUSTON, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-109 FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | |
| EDDIE HOUSTON, Jr., ) | |
| Defendant. ) | |

Defendant, EDDIE HOUSTON, Jr., through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ANNE PINGS, stipulate and agree to the following:

    1. The presently scheduled date of June 23, 2008 for Hearing re: Judgement and Sentencing be vacated and that a Hearing re: Judgement and Sentencing be rescheduled for August 4, 2008 at 10:00 a.m..

    2. Counsel for the Defendant, PETER KMETO, will be unavailable to appear on the June 23rd date at the amended time, since he is in previously scheduled hearings in state court.  Additionally, counsel for the defense wishes time to prepare a reply to the government's response to Defendants Sentencing Memorandum. To that end, the parties have agreed to continue the Judgement and Sentencing date to August 4, 2008 at 10:00 a.m.

1

2 IT IS SO STIPULATED.

3 Dated:   June 20, 2008                              /s/ ANNE PINGS
                                                                   Assistant U.S. Attorney
4                                                                  for the Government

5

6
  Dated:   June 20, 2008                              /s/  PETER KMETO
7                                                                  Attorney for Defendant
                                                                   EDDIE HOUSTON, Jr.
8

9 <center>ORDER</center>

10         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

11 ordered that the sentencing hearing currently set for June 23, 2008 be continued

12 as set forth above, to August 4,  2008 at 10:00 a.m..

13

14 DATED: June 26, 2008

15

16                                                          _____
                                                                   FRANK C. DAMRELL, JR.
17                                                                 United States District Judge

- 2 -