HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDDIE HOUSTON, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE HOUSTON, JR.,<br><br>Defendant | No. Cr. 2:07-cr-109 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: HON. TROY L. NUNLEY |

Defendant, EDDIE HOUSTON, JR., by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 4, 2008, this Court sentenced Mr. Houston to a term of 200 months imprisonment;

3. His total offense level was 35, his criminal history category was IV, and the resulting guideline range was 235 to 293 months. He received a sentence below the applicable range pursuant to defense motion;

1    4.   The sentencing range applicable to Mr. Houston was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.   Mr. Houston's total offense level has been reduced from 35 to 33, and his amended guideline range is 188 to 235 months;

6.   Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Houston's term of imprisonment to a total term of 188 months.

Respectfully submitted,

Dated:  November 2, 2015  
BENJAMIN B. WAGNER  
United States Attorney

Dated:  November 2, 2015  
HEATHER E. WILLIAMS  
Federal Defender

*/s/ Jason Hitt*  
JASON HITT  
Assistant U.S. Attorney

*/s/ Hannah R. Labaree*  
HANNAH R. LABAREE  
Assistant Federal Defender

Attorney for Plaintiff  
UNITED STATES OF AMERICA

Attorney for Defendant  
EDDIE HOUSTON, JR.

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Houston is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 188 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2008 is reduced to a term of 188 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Houston shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  November 3, 2015

Troy L. Nunley
United States District Judge