AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00109-TLN   Document 85   Filed 11/10/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:07CR00109-01 |
| EDDIE HOUSTON, JR. ) | USM No: 16928-097 |
| Date of Original Judgment: 08/04/2008 ) | |
| Date of Previous Amended Judgment: ) | Hannah Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __200__ months **is reduced to** __188 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/07/2008__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __11/10/2015__

*Judge's signature*

Effective Date: __11/10/2015__          Troy L. Nunley, United States District Court Judge
*(if different from order date)*          *Printed name and title*