McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00109-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION |
| v. | DATE: January 9, 2020 |
| EDDIE HOUSTON, JR., | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

The United States, by and through Assistant United States Attorney Jason Hitt and counsel for defendant Eddie Houston, Jr., David Porter, Esq., hereby stipulate and agree to a revised briefing schedule on defendant's motion to reduce sentence pursuant to The First Step Act, 2018. ECF No. 89.

The proposed revised schedule is as follows:

    Government's Opposition:  January 2, 2020

    Defendant's Reply:  January 6, 2020

    Hearing on defendant's motion:  January 9, 2020, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: December 20, 2019    McGREGOR W. SCOTT
    United States Attorney

    /s/ JASON HITT
    JASON HITT
    Assistant United States Attorney

Dated: December 20, 2019    /s/ DAVID M. PORTER
    DAVID M. PORTER
    Counsel for Defendant
    EDDIE HOUSTON, Jr.
    Authorized to sign for Mr. Porter
    on 12-18-20

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of December, 2019.

Dated: December 20, 2019

    Troy L. Nunley
    United States District Judge